# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-30316
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 27, 2015

Lyle W. Cayce
Clerk

AVAINE STRONG,

Plaintiff–Appellant,

versus

GRAMBLING STATE UNIVERSITY; FRANK G. POGUE;
CONNIE R. WALTON; EVELYN WYNN; DANNY E. HUBBARD;
MONICA BRADLEY; RAYMOND ABRAHAM;
UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS;
WAYNE PARKER; RUSSELL MOSELY; PAUL AUCOIN;
ANDRE COUDRAIN; EDWARD J. CRAWFORD, III; WILLIAM DEARMON;
JIMMY R. FAIRCLOGH, JR.; DAVID GUIDRY; E. GERALD HEBERT;
LOUIS J. LAMBERT; RENEE LAPEYROLERIE; JOHN O. LETARD;
JIMMY LONG, SR.;
JIMMIE MARTIN, JR., Also Known as Beau;
CARL SHETLER; WINFRED SIBELLE,

Defendants–Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:13-CV-808

No. 15-30316

Before REAVLEY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Avaine Strong, *pro se*, sued his employer, Grambling State University, and various other defendants, complaining of his treatment as a university employee. The district court observed that "it is difficult to discern the basis on which Strong is claiming discrimination—his race, gender, status as heterosexual." Nonetheless, the court dismissed, concluding that "Strong's claims are wholly unsupported and meritless."

We agree. The district court admirably supported its conclusions with a detailed, eighteen-page Memorandum Ruling signed on March 25, 2015. Nothing in this record suggests a violation of law. The judgment is AFFIRMED, essentially for the reasons assigned by the district court. Strong's motion to strike is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2